

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-20-00574-CV

**IN RE ROWNEA KNEUPPER**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-274-CV
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:        Patricia O. Alvarez, Justice
                     Luz Elena D. Chapa, Justice
                     Liza A. Rodriguez, Justice

On November 30, 2020, Relators filed separate petitions for writs of mandamus and requested stays pending final resolution of their petitions. In our December 1, 2020 order, we granted Relators' requests for temporary relief and requested that the real parties in interest file responses. *See* TEX. R. APP. P. 52.8(b).

On December 15, 2020, Real Party in Interest George Samuel Ludolf filed a response stating that "he is rescinding the deposition subpoena sent to Relator Kneupper's counsel."

On January 12, 2021, in response to this court's request, Relators filed a reply. In it, they advised this court that Ludolf has not moved the trial court to rescind the deposition subpoena and the trial court has not yet ruled on the merits of the Anti-SLAPP motion. Relators ask this court to abate this original proceeding for thirty days so the trial court may "amend or vacate its Anti-SLAPP discovery orders, which, if entered, will render this mandamus proceeding moot."

Relators' request is GRANTED. We ABATE this proceeding until February 16, 2021. We ORDER Relators to file in this court not later than February 16, 2021, a motion to either dismiss or reinstate this proceeding.

It is so **ORDERED** on January 20, 2021.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT